IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAUREN SMITH** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 15-6542** |
| | : | |
| **SCOT ENGLER, ET AL.** | : | |

## O R D E R

**AND NOW,** this 14th day of June, 2018, upon consideration of defendants' motion for summary judgment and no response thereto, it is **ORDERED** that the defendants' motion [Doc. 32] is **GRANTED**.

It is further **ORDERED** that judgment is **ENTERED** in favor of the defendants and against the plaintiff on all Counts of the Complaint.

The Clerk is **DIRECTED** to mark this case closed.

                                            **BY THE COURT:**

                                            **/s/ Jeffrey L. Schmehl**
                                            **JEFFREY L. SCHMEHL, J.**